Bradley W. Petersen (#019943)
bpetersen@swlaw.com
Amanda C. Sheridan (#027360)
asheridan@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000
Facsimile:  (602) 382-6070
Attorneys for Defendants
   ADESA Phoenix, LLC and ADESA, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allen David Taylor and Jeanette Taylor, husband and wife,<br><br>              Plaintiffs,<br><br>v.<br><br>Ernestina Garcia and John Doe Garcia, wife and husband; ADESA Phoenix, LLC, a foreign LLC; ADESA, Inc., a Delaware corporation; Abc Corporations I-X; Xyz Partnerships I-X; John Does I-X; Jane Does I-X,<br><br>              Defendants. | No. 2:11-CV-00575-ROS<br><br>**NOTICE OF SETTLEMENT**<br><br>(The Honorable Roslyn O. Silver) |

Notice is hereby given to the Court that Plaintiffs have reached a settlement in principle with Defendants ADESA Phoenix, LLC and ADESA, Inc.  The settlement will resolve all pending claims, against all parties, with all parties to bear their own costs and attorneys' fees.  The Parties will submit a Stipulation for Dismissal with Prejudice and proposed order once the settlement is finalized.

/ / /

/ / /

13533586

DATED this 8th day of August, 2011.

SNELL & WILMER L.L.P.

By /s/ Amanda C. Sheridan
Bradley W. Petersen
Amanda Sheridan
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Defendants
ADESA Phoenix, LLC and ADESA, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark W. Drutz
Sharon Sargent-Flack
Musgrove, Drutz & Kack, P.C.
1135 Iron Spring Road
P.O. Box 2720
Prescott, AZ 86302

/s/ Kat Hommel

13533586

- 2 -